**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

Case number *(if known)* _____  Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Courtney Baker Plumbing, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 73-1655340 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3062 Doc Bennett Road  Fayetteville, NC 28306 | P.O. Box 299  Hope Mills, NC 28348 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cumberland | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Courtney Baker Plumbing, Inc. _____    Case number (*if known*) _____

        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  | District | When | Case number |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|  | Debtor | | Relationship | |
|---|---|---|---|---|
|  | _____ | | _____ | |
|  | District | When | Case number, if known | |
|  | _____ | _____ | _____ | |

| Debtor | Courtney Baker Plumbing, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**          *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Courtney Baker Plumbing, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 15, 2018
               MM / DD / YYYY

**X** /s/ James Courtney Baker                          James Courtney Baker
Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Trawick H. Stubbs - Joseph Z. Frost          Date  January 15, 2018
Signature of attorney for debtor                             MM / DD / YYYY

Trawick H. Stubbs - Joseph Z. Frost
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

4421 - 44387
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Courtney Baker Plumbing, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 15, 2018          X /s/ James Courtney Baker
                                         Signature of individual signing on behalf of debtor

                                         James Courtney Baker
                                         Printed name

                                         President
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Courtney Baker Plumbing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tolar Supply<br>Attn:  Manager or Agent<br>P.O. Box 70<br>Fayetteville, NC 28302 | | | | | | $191,048.28 |
| Internal Revenue Service<br>Alamance Bldg, Mail Stop 9<br>4905 Koger Blvd Ste 102<br>Greensboro, NC 27407 | | | | | | $67,310.40 |
| Bizfi<br>Attn:  Manager, Agt or Officer<br>460 Park Ave.South 10th Floor<br>New York, NY 10016 | | | | | | $54,809.06 |
| N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Un<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | | | | | | $49,862.00 |
| Dex Media<br>Attn:  Manager or Agent<br>P.O. Box 9001401<br>Louisville, KY 40290-1401 | | | | | | $36,548.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Courtney Baker Plumbing, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quick Bridge Funding Attn:  Mgr., Agt. or Officer 333 City Blvd. W Suite 1910 Orange, CA 92868 | | | | | | $13,000.00 |
| Knight Capital Funding Attn:  Mgr., Agt. or Officer 9 East Lockerman Street Suite 3A-543 Dover, DE 19901 | | | | | | $12,541.77 |
| N.C. Dept. of Commerce, DES Attn:  Manager or Agent P.O. Box 26504 Raleigh, NC 27611 | | | | | | $6,580.00 |
| Southland Rental Attn:  Manager or Agent PO Box 284 Fayetteville, NC 28302 | | | | | | $5,000.00 |
| UnitedHealthcare Insurance Co. Attn:  Manager or Agent Dept. CH 10151 Palatine, IL 60055-0151 | | | | | | $4,156.22 |
| Cumberland Co. Tax Collector Attn: Manager or Agent P.O. Box 449 Fayetteville, NC 28302 | | Personal property taxes | | | | $2,122.12 |
| Internal Revenue Service Alamance Bldg, Mail Stop 9 4905 Koger Blvd Ste 102 Greensboro, NC 27407 | | | | $250.00 | Unknown | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Courtney Baker Plumbing, Inc.
       Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| N.C. Department of Labor<br>Attn:  Manager or Agent<br>1101 Mail Service Center<br>Raleigh, NC 27699-1101 | | | | $1,000.00 | Unknown | Unknown |
| N.C. Dept. of Commerce, DES<br>Attn:  Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | | | | $1,470.29 | Unknown | Unknown |
| N.C. Dept. of Commerce, DES<br>Attn:  Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | | | | $2,878.01 | Unknown | Unknown |
| N.C. Dept. of Commerce, DES<br>Attn:  Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | | | | $1,731.24 | Unknown | Unknown |
| N.C. Dept. of Commerce, DES<br>Attn:  Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | | | | $697.18 | Unknown | Unknown |
| N.C. Dept. of Commerce, DES<br>Attn:  Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | | | | $808.38 | Unknown | Unknown |
| Noland Company<br>Attn:  Manager or Agent<br>3110 Kettering Blvd.<br>Dayton, OH 45439 | | Judgment | | $112,532.13 | Unknown | Unknown |
| State Farm Fire<br>Attn:  Manager or Agent<br>PO Box 106169<br>Atlanta, GA 30348 | | | Disputed | $13,377.84 | Unknown | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Courtney Baker Plumbing, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    625,743.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    85,213.95

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    710,956.95

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    564,997.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    125,874.52

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$    465,103.33

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                   $    1,155,975.41

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Courtney Baker Plumbing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | First Citizens Bank | Checking | 1516 | $2,844.84 |

4.      **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $2,844.84 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:      Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | 25,984.44 | - | 0.00 | = .... | $25,984.44 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Courtney Baker Plumbing, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | face amount | - | doubtful or uncollectible accounts | = .... | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 2,000.00 | - | 0.00 | = .... | $2,000.00 |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $27,984.44 |
|---|

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** PVC pipe & fittings, copper pipe & fittings, black steel pipe, CPVC pipe & fittings, PEX pipe & fittings, faucets/tub valves, service parts and miscellaneous material | | $0.00 | | $3,400.00 |
| 20. | **Work in progress** R.Massa - $1,422.33 Haye's, Inc. -$5,858.67 Horizon Construction - $2,851.50 Qualified Builders - $8,200.00 DR Mozeley - $3,666.67 Donovan House - $2,637.50 | | $0.00 | | $24,636.67 |

| 21. | **Finished goods, including goods held for resale** |
|---|---|

| 22. | **Other inventory or supplies** |
|---|---|

**23.**  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $28,036.67 |
|---|

**24.**  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  Courtney Baker Plumbing, Inc.                                   Case number *(If known)*
        Name

☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>3-Desks ($300), chairs ($30); Drafting table ($50); Furniture in lobby ($200); Filing cabinets ($120); Chair mats ($30); Microwave ($25); MiniFridge ($25; Coffee pot ($3); Misc. office supplies ($25) | $0.00 | | $808.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Calculators ($30); 3-Computers ($150); Scanner ($10); Phones ($45); Security System ($500); Copier ($250) | $0.00 | | $985.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                    | $1,793.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Courtney Baker Plumbing, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | 2006 Ford F250 Super Duty Truck, VIN40509 | $0.00 | | $2,000.00 |
| 47.2. | 2004 GMC Sierra Truck, VIN#18958 | $0.00 | | $1,000.00 |
| 47.3. | 2005 Lincoln Navigator, VIN#25051 | $0.00 | | $2,000.00 |
| 47.4. | 2008 FORD E-350 Cutaway Van, VIN#01168 | $0.00 | | $500.00 |
| 47.5. | 2008 FORD E-350 Cutaway Van, VIN#01165 | $0.00 | | $2,000.00 |
| 47.6. | 2005 Ford Super Duty Truck, VIN#03094 | $0.00 | | $500.00 |
| 47.7. | 2000 FORD E-350 Econoline Van, VIN#54676 | $0.00 | | $500.00 |
| 47.8. | 2006 FORD F-150 Truck, VIN#34893 | $0.00 | | $500.00 |
| 47.9. | 2006 FORD F-250 Super Duty Truck, VIN#69545 | $0.00 | | $500.00 |
| 47.10. | 2002 PAMA Trailer, VIN#62357 | $0.00 | | $500.00 |
| 47.11. | 2005 Haulmark Trailer, VIN#69004 | $0.00 | | $800.00 |
| 47.12. | 1998 Ford F-150 Truck, VIN 40651 | $0.00 | | $500.00 |
| 47.13. | 2001 Ford F-250, VIN 11380 | $0.00 | | $500.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Misc.tools and equipment - See attached Exhibit A | $0.00 | | $7,255.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Courtney Baker Plumbing, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Termite TD7 Backhoe ($3,000); Ditchwitch ($1,500); Titan 8500 watt generator ($500); General J jetter ($500) | | $0.00 | $5,500.00 |

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$24,555.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   3054 Doc Bennett Road, Fayetteville consisting of 1.42 a. (Parcel #0435-22-3194) & commercial buildings ($358,443.00) and 3068 Doc Bennett Road (Parcel #0435-22-4012) ($114,200.00) | | $0.00 | | $472,643.00 |
| 55.2.   Lot located at 3647 Murphy Road, Fayetteville, NC (parcel #0488-02-3647)($24,000) and House and lot located 8448 King Road, Fayetteville, NC ($129,100.00) | | $0.00 | | $153,100.00 |

**56.      Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$625,743.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    Courtney Baker Plumbing, Inc.                                    Case number *(If known)* _____
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** N.C. Master Plumbing License No.: 2425P-1 for commercial and residential / new construction, remodels, service work | $0.00 | | $0.00 |
| S.C. Master Plumbing License No.: M107061 for commercial and residential / new construction, remodels, service work | $0.00 | | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Courtney Baker Plumbing, Inc.                                    Case number *(If known)*
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,844.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,984.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $28,036.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,793.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,555.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $625,743.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $85,213.95 | + 91b. $625,743.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $710,956.95 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

# EXHIBIT A

page 1/2

| TOOLS | | | | |
|---|---|---|---|---|
| QTY | ITEM | VALUE | TOTAL | |
| 2 | Leaf Rake | $ 2.00 | $ 4.00 | |
| 2 | Iron Rake | $ 5.00 | $ 10.00 | |
| 1 | Aire Fan | $ 50.00 | $ 50.00 | |
| 1 | Hedge Trimmer | $ 5.00 | $ 5.00 | |
| 1 | Grease Gun | $ 5.00 | $ 5.00 | |
| 1 | Chicago Hammer Drill | $ 35.00 | $ 35.00 | |
| 1 | Dewalt Drill | $ 35.00 | $ 35.00 | |
| | | $ | | |
| 1 | Rigid 300 Power Vice | $ 500.00 | $ 500.00 | |
| 2 | Stand Vices | $ 50.00 | $ 100.00 | |
| 2 | Hand Trucks | $ 10.00 | $ 20.00 | |
| 1 | Rigid Oil Bucket | $ 25.00 | $ 25.00 | |
| 2 | Rigid 700 Power Threader | $ 150.00 | $ 300.00 | |
| 3 | Wacker Electric Jack Hammers | $ 250.00 | $ 750.00 | |
| 1 | Rigid 311 Cutter / Reamer | $ 100.00 | $ 100.00 | |
| 1 | Reddy Heater | $ 75.00 | $ 75.00 | |
| 3 | Wheel Barrow | $ 10.00 | $ 30.00 | |
| 1 | Lennox 48" Pipe Wrench | $ 50.00 | $ 50.00 | |
| 1 | Water Ram | $ 20.00 | $ 20.00 | |
| 3 | Large Drain Machine | $ 250.00 | $ 750.00 | |
| 1 | Small Drain Machine | $ 150.00 | $ 150.00 | |
| | | | | |
| 1 | Jumping Jack Tamp | $ 250.00 | $ 250.00 | |
| 1 | Cone Drill | $ 150.00 | $ 150.00 | |
| 3 | Core Drill Bit | $ 25.00 | $ 75.00 | |
| 4 | Snap Cutters | $ 15.00 | $ 60.00 | |
| 2 | Laser Transit | $ 50.00 | $ 100.00 | |
| 4 | Grinders | $ 15.00 | $ 60.00 | |
| 3 | Dewitt Right Angle Drill | $ 35.00 | $ 105.00 | |
| 1 | Sump Pump | $ 15.00 | $ 15.00 | |
| 2 | Super Vac Drain Machine | $ 20.00 | $ 40.00 | |
| | (Hand Held) | | | |
| 2 | Hydrostatic Pump | $ 25.00 | $ 50.00 | |
| 2 | Nitrogen Tank | $ 25.00 | $ 50.00 | |
| 1 | Transit | $ 50.00 | $ 50.00 | |
| 1 | Binder | $ 25.00 | $ 25.00 | |
| 3 | Shop Vac | $ 10.00 | $ 30.00 | |
| 1 | Titan 5.5 Air Compressor | $ 150.00 | $ 150.00 | |
| 3 | 8' Fiberglass ladder | $ 30.00 | $ 90.00 | |
| 1 | 20' ext ladder | $ 75.00 | $ 75.00 | |
| 1 | 16' Fiberglass ladder | $ 75.00 | $ 75.00 | |
| 1 | Hole Hog Drill | $ 35.00 | $ 35.00 | |
| 1 | Porta Cable Sawzaw | $ 35.00 | $ 35.00 | |

| | | | | |
|---|---|---|---|---|
| 5 | Tool Boxes | $ 50.00 | $ 250.00 | |
| 1 | 5/8" Drill Bit | $ 5.00 | $ 5.00 | |
| 1 | 7/8" Drill Bit | $ 5.00 | $ 5.00 | |
| 1 | 2 9/16" Drill Bit | $ 15.00 | $ 15.00 | |
| 3 | Caulking Gun | $ 2.50 | $ 7.50 | |
| 2 | Flash Light | $ 2.50 | $ 5.00 | |
| 1 | Closet Auger | $ 7.50 | $ 7.50 | |
| 1 | Sink Plunger | $ 2.50 | $ 2.50 | |
| 2 | Shovel | $ 5.00 | $ 20.00 | |
| 2 | Probing Rod | $ 2.50 | $ 5.00 | |
| 1 | Meter Key | $ 2.50 | $ 2.50 | |
| 1 | 50' Drop Cord | $ 15.00 | $ 15.00 | |
| 2 | Breaking Bar | $ 2.50 | $ 5.00 | |
| 1 | Bicycle Pump | $ 2.00 | $ 2.00 | |
| 2 | 1/2" Rigid Dies | $ 25.00 | $ 50.00 | |
| 2 | 3/4" Rigid Dies | $ 25.00 | $ 50.00 | |
| 2 | 1" Rigid Dies | $ 25.00 | $ 50.00 | |
| 2 | 1 1/4" Rigid Dies | $ 25.00 | $ 50.00 | |
| 2 | 1 1/2" Rigid Dies | $ 32.50 | $ 75.00 | |
| 2 | 2" Rigid Dies | $ 50.00 | $ 100.00 | |
| 2 | Grade Stick | $ 25.00 | $ 50.00 | |
| 1 | Set Geophones | $ 250.00 | $ 250.00 | |
| 1 | Rigid 141 Threader | $ 250.00 | $ 250.00 | |
| 1 | Plunger | $ 2.00 | $ 2.00 | |
| 1 | Lug Wrench | $ 2.00 | $ 2.00 | |
| 1 | Gas Pressure Test Kit | $ 25.00 | $ 25.00 | |
| 1 | 12' Fiberglass Ladder | $ 100.00 | $ 100.00 | |
| 1 | 10' Fiberglass Ladder | $ 85.00 | $ 85.00 | |
| 2 | 6' Fiberglass Ladder | $ 50.00 | $ 100.00 | |
| 1 | Honda Generator | $ 150.00 | $ 150.00 | |
| 2 | Jack Stand | $ 15.00 | $ 30.00 | |
| 1 | Backflow Test Kit | $ 150.00 | $ 150.00 | |
| 1 | Drain Camera | $ 150.00 | $ 150.00 | |
| 1 | Lanyard (fall protection) | $ 30.00 | $ 30.00 | |
| 1 | Gen Eye Locator | $ 150.00 | $ 150.00 | |
| 2 | 100' Drop Cord | $ 15.00 | $ 30.00 | |
| 2 | Fitting Trays | $ 10.00 | $ 20.00 | |
| 1 | Cordless Right Angle Drill | $ 35.00 | $ 35.00 | |
| 1 | 18v Battery and charger | $ 50.00 | $ 50.00 | |
| 1 | 50' garden hose | $ 15.00 | $ 15.00 | |
| 1 | skill saw | $ 25.00 | $ 25.00 | |
| 1 | 1/2" crimping tool | $ 100.00 | $ 100.00 | |
| 2 | 3/4" crimping tool | $ 100.00 | $ 200.00 | |
| | TOTAL: | | $7,255.00 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Courtney Baker Plumbing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** BB&T | **Describe debtor's property that is subject to a lien** | $304,931.22 | $472,643.00 |
| Creditor's Name | Commercial business property-3054 & 3068 Doe Bennett Road, Fayetteville | | |
| ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | 1st & 2nd Mortgage | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| 7/24/2009 | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 0002 | **As of the petition filing date, the claim is:** Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| ■ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** BB&T | **Describe debtor's property that is subject to a lien** | $125,321.27 | $153,100.00 |
| Creditor's Name | 3647 Murphy Road, Fayetteville, NC ($24,000) and house/lot located at 8448 King Road, Fayetteville, NC ($129,100) | | |
| ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| 10/9/2008 | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 0001 | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Debtor  Courtney Baker Plumbing, Inc. _____    Case number (if know) _____
        Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Internal Revenue Service |
|---|---|

Creditor's Name

Alamance Bldg, Mail Stop 9
4905 Koger Blvd Ste 102
Greensboro, NC 27407
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/23/2015
**Last 4 digits of account number**
1179
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00        Unknown

---

| 2.4 | N.C. Department of Labor |
|---|---|

Creditor's Name

Attn:  Manager or Agent
1101 Mail Service Center
Raleigh, NC 27699-1101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/11/2015
**Last 4 digits of account number**
M961
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Judgment
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00        Unknown

---

| 2.5 | N.C. Dept. of Commerce, DES |
|---|---|

Creditor's Name

Attn:  Manager or Agent
P.O. Box 26504
Raleigh, NC 27611
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Judgment Lien

$1,470.29        Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Courtney Baker Plumbing, Inc.**                    Case number (if know) _____
_____
Name

_____
Creditor's email address, if known

| | |
|---|---|

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/6/2016
**Last 4 digits of account number**
1031

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | N.C. Dept. of Commerce, DES |
|---|---|

Creditor's Name
Attn:  Manager or Agent
P.O. Box 26504
Raleigh, NC 27611
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
3/23/2017
**Last 4 digits of account number**
M320

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                  $2,878.01          Unknown

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | N.C. Dept. of Commerce, DES |
|---|---|

Creditor's Name
Attn:  Manager or Agent
P.O. Box 26504
Raleigh, NC 27611
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
3/24/2017
**Last 4 digits of account number**
M322

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**                  $1,731.24          Unknown

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    Courtney Baker Plumbing, Inc.                                      Case number *(if know)*
_____
Name

☐ Contingent
■ No            ☐ Unliquidated
☐ Yes. Specify each creditor,   ☐ Disputed
including this creditor and its relative
priority.

---

| 2.8 | N.C. Dept. of Commerce, DES | Describe debtor's property that is subject to a lien | $697.18 | Unknown |

Creditor's Name

Attn:  Manager or Agent
P.O. Box 26504
Raleigh, NC 27611
Creditor's mailing address

Describe the lien
Judgment Lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/27/2017
**Last 4 digits of account number**
M444

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | N.C. Dept. of Commerce, DES | Describe debtor's property that is subject to a lien | $808.38 | Unknown |

Creditor's Name

Attn:  Manager or Agent
P.O. Box 26504
Raleigh, NC 27611
Creditor's mailing address

Describe the lien
Judgment Lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/19/2017
**Last 4 digits of account number**
M806

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Noland Company | Describe debtor's property that is subject to a lien | $112,532.13 | Unknown |

Creditor's Name                                                   Judgment

Attn:  Manager or Agent
3110 Kettering Blvd.
Dayton, OH 45439
Creditor's mailing address

Describe the lien

---

Debtor  Courtney Baker Plumbing, Inc.                                    Case number (if known) _____

Name

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

6/23/2016

**Last 4 digits of account number**

4604

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | | | | |

**State Farm Fire**

Creditor's Name

Attn:  Manager or Agent
PO Box 106169
Atlanta, GA 30348

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          $13,377.84          Unknown

**Describe the lien**

Judgment Lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

8/24/2017

**Last 4 digits of account number**

1162

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $564,997.56

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David L. Ray<br>Fletcher, Toll & Ray, LLP<br>University Corporate Center II<br>131 Racine Dr, Ste 201<br>Wilmington, NC 28403 | Line  2.1 | |
| Nan Hannah, Esq.<br>Hannah Sheridan, et al<br>5400 Glenwood Ave.<br>Suite 410<br>Raleigh, NC 27612 | Line  2.10 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

**Fill in this information to identify the case:**

Debtor name        Courtney Baker Plumbing, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br><br>Cumberland Co. Tax Collector<br>Attn: Manager or Agent<br>P.O. Box 449<br>Fayetteville, NC 28302 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim: $2,122.12 | Priority amount: $2,122.12 |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>2017 and 2018 | Basis for the claim:<br>Personal property taxes |  |  |
|  | Last 4 digits of account number 2779 | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br><br>Internal Revenue Service<br>Alamance Bldg, Mail Stop 9<br>4905 Koger Blvd Ste 102<br>Greensboro, NC 27407 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,310.40 | $67,310.40 |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>6/9/2015 | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Courtney Baker Plumbing, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,580.00 | $6,580.00 |
|---|---|---|---|---|
| | N.C. Dept. of Commerce, DES<br>Attn: Manager or Agent<br>P.O. Box 26504<br>Raleigh, NC 27611 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,862.00 | $49,862.00 |
|---|---|---|---|---|
| | N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Un<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,000.00 |
|---|---|---|---|
| | James E. Baker, Jr.<br>3101 Ansley Court<br>Hope Mills, NC 28348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  Loans to company | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,809.06 |
|---|---|---|---|
| | Bizfi<br>Attn: Manager, Agt or Officer<br>460 Park Ave.South<br>10th Floor<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,548.00 |
|---|---|---|---|
| | Dex Media<br>Attn: Manager or Agent<br>P.O. Box 9001401<br>Louisville, KY 40290-1401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number**  2668 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Courtney Baker Plumbing, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | Albert Jarman, Jr.<br>6004 Slipper Shell St.<br>Wilmington, NC 28412 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Loans to business_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,541.77 |
|---|---|---|---|
| | Knight Capital Funding<br>Attn:  Mgr., Agt. or Officer<br>9 East Lockerman Street<br>Suite 3A-543<br>Dover, DE 19901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|
| | Quick Bridge Funding<br>Attn:  Mgr., Agt. or Officer<br>333 City Blvd. W<br>Suite 1910<br>Orange, CA 92868 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _0137_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | Southland Rental<br>Attn:  Manager or Agent<br>PO Box 284<br>Fayetteville, NC 28302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $191,048.28 |
|---|---|---|---|
| | Tolar Supply<br>Attn:  Manager or Agent<br>P.O. Box 70<br>Fayetteville, NC 28302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,156.22 |
|---|---|---|---|
| | UnitedHealthcare Insurance Co.<br>Attn:  Manager or Agent<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _5221_ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

Debtor   Courtney Baker Plumbing, Inc.
_____
Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gerald H. Groon, Jr.<br>Smith Debnam et al<br>Attys for United Healthcar<br>P.O. Box 26268<br>Raleigh, NC 27611-6268 | Line   3.9<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $           125,874.52 |
| **5b. Total claims from Part 2** | 5b.  + | $           465,103.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $           590,977.85 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Courtney Baker Plumbing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*           *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Plumbing on Harris Teeter Fuel #135, Hampstead, NC |
|     State the term remaining | D.R. Mozeley, Inc. Attn: Manager or Agent 6309 Brookshire Blvd. |
|     List the contract number of any government contract | Charlotte, NC 28216 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Contracts on Wade Community Center and Town Recreation Park in Wade, NC and Godwin Town Hall, Godwin, NC |
|     State the term remaining | Hayes, Inc. Attn: Manager or Agent PO Box 53694 |
|     List the contract number of any government contract | Fayetteville, NC 28305 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Plumbing on Burger King, Fayetteville NC |
|     State the term remaining | Horizon Construction Company Attn: Manager or Agent 415 Winkler Drive |
|     List the contract number of any government contract | Alpharetta, GA 30004 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | Listing agreements on 3647 Murphy Road, Fayetteville, NC and 3062 Doc Bennett Road, Fayetteville, NC |
|     State the term remaining | Longleaf Properties Attn:  Manager or Agent 4239 Cameron Road |
|     List the contract number of any government contract | Fayetteville, NC 28306 |

Debtor 1    Courtney Baker Plumbing, Inc.

First Name    Middle Name    Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Plumbing on Burger King, Garysburg, NC and Wendy's, Lumberton projects | |
| State the term remaining | | |
| List the contract number of any government contract | | Qualified Builders<br>Attn: Manager or Agent<br>8801 Fast Park Drive, Ste. 215<br>Raleigh, NC 27617 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Plumbing for new pool house | |
| State the term remaining | | |
| List the contract number of any government contract | | Raffaella Massa<br>4107 Flintcastle Drive<br>Fayetteville, NC 28314 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Courtney Baker Plumbing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Knight Capital Funding | ☐ D _____ ☑ E/F ___3.5___ ☐ G _____ |
| 2.2 | Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Noland Company | ☑ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Quick Bridge Funding | ☐ D _____ ☑ E/F ___3.6___ ☐ G _____ |
| 2.4 | Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Tolar Supply | ☐ D _____ ☑ E/F ___3.8___ ☐ G _____ |
| 2.5 | Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Bizfi | ☐ D _____ ☑ E/F ___3.2___ ☐ G _____ |

| Debtor | Courtney Baker Plumbing, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Amanda J. Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | BB&T | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Amanda J. Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | BB&T | ■ D    2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Noland Company | ■ D    2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Quick Bridge Funding | ☐ D _____<br>■ E/F    3.6<br>☐ G _____ |
| 2.10 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Bizfi | ☐ D _____<br>■ E/F    3.2<br>☐ G _____ |
| 2.11 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Knight Capital Funding | ☐ D _____<br>■ E/F    3.5<br>☐ G _____ |
| 2.12 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | BB&T | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | James Courtney Baker | 1203 Wild Pine Drive<br>Fayetteville, NC 28312 | BB&T | ■ D    2.2<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Courtney Baker Plumbing, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $12,223.20 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $463,471.42 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $664,407.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   Courtney Baker Plumbing, Inc.                                    Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Tolar Supply Attn: Manager or Agent PO Box 70 Fayetteville, NC 28302 | 10/17/17 - 1/15/18 (See attached Exhibit B) | $13,610.58 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | 10/17/2017 to 1/15/2018 (See Exhibit B) | $8,217.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. James Courtney Baker 1203 Wild Pine Drive Fayetteville, NC 28312 President | See Exhibit C | $38,179.20 | Compensation, draws |
| 4.2. Amanda J. Baker 1203 Wild Pine Drive Fayetteville, NC 28312 Owner | See Exhibit D | $60,914.74 | Compensation, draws, loans, reimbursement of expenses |
| 4.3. Albert Jarman, Jr. 6004 Slipper Shell St. Wilmington, NC 28412 Father of Amanda Jarman | See Exhibit E | $10,150.00 | Loan payments |
| 4.4. James E. Baker, Jr. 3101 Ansley Court Hope Mills, NC 28348 Father of James Courtney Baker | See Exhibit F | $8,349.28 | Loan payments |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Courtney Baker Plumbing, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | In the Matter of the Foreclosure of the Deed of Trust of James C. Baker and Amanda Baker to BB&T Collateral Service Corporation, Trustee dated 10/9/08, and recorded in Book 8001, Page 84, Cumberland County Registry<br>17 SP 1404 | Foreclosure | Cumberland County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | In the Matter of the Simultaneous Foreclosure of the Deeds of Trust of Courtney Baker Plumbing, Inc. to BB&T Collateral Service Corporation, Trustee, dated and of record in the Cumberland County Registry as 7/24/09, Bk 8212, Page 74 and 7/24/09, Bk 8212, Page 89, Donald C. Hudson, Sub. Trustee, by Substituions of Trustee recorded in the Cumberland County Registry as Bk 10178, Page 749 and Book 10178, Page 751<br>17 SP 1403 | Foreclosure | Cumberland County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Employment Security Commission of NC v. Courtney Baker Plumbing, Inc.<br>17 M 320 | Collection | Cumberland County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Employment Security Commission v. Courtney Bank Plumbing, Inc.<br>17 M 444 | Collection | Cumberland County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Employment Security Commission v. Courtney Bank Plumbing, Inc.<br>17 M 322 | Collection | Cumberland County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Employment Security Commission v. Courtney Bank Plumbing, Inc.<br>17 M 8061 | Collection | Cumberland Couty Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    

Debtor   Courtney Baker Plumbing, Inc.                                                  Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. State Farm Fire and Vernie Treadway v. Courtney Baker Plumbing, Inc.<br>17 CVD 1162 | | Cumberland County District Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. UnitedHealthcare of North Carolina v. Courtney Baker Plumbing, Inc.<br>(Unknown) | Collection | Wake Co. District Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2005 Hallmark Utility trailer, S/N 69004 stolen and later recovered (Debtor had to pay $550 in storage fees to get the trailer back.) | | March 20, 2017 | $550.00 |
| Mobile Sweeper Backhoe trailer, S/N 53473 | | July 22, 2017 | $2,000.00 |
| Jackhammer & Wacker Jackhammer ($400), Titan Industries Chop Saw ($250), Concrete Saw ($630), Assorted Copper Fittings ($1,000), Porta Band Saw ($50), 2-Saw Zaw ($70), Air Compressor ($35) | | November 16, 2017 | $2,435.00 |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   Courtney Baker Plumbing, Inc.                                    Case number *(if known)*

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | |
| | | 6/19/2017 - $1,000.00 | |
| | | 7/17/2017 - $2,000.00 | |
| | | 10/9/2017 - $3,500.00 | |
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | | 11/21/2017 - $3,500.00 1/12/2018 - $4,717.00 | $14,717.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    Courtney Baker Plumbing, Inc.                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

  ☑ No.
  ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ☑ No. Go to Part 10.
  ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
  Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
  Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | BB&T | **XXXX**-8602 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/15/2017 | $0.00 |
| 18.2. | BB&T | **XXXX**-8405 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/7/2017 | $0.00 |

19. **Safe deposit boxes**
  List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
  List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    Courtney Baker Plumbing, Inc.                                    Case number *(if known)*

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    Courtney Baker Plumbing, Inc.                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Brian Kelly, CPA 2018 Ft. Bragg Road, Ste 122 B Fayetteville, NC 28303 | August 2002 to present |
| 26a.2.   Amanda J. Baker 1203 Wild Pine Drive Fayetteville, NC 28312 | 8/15/2002 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Amanda J. Baker 1203 Wild Pine Drive Fayetteville, NC 28312 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   BB&T ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amanda J. Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | Vice-President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Courtney Baker | 1203 Wild Pine Drive Fayetteville, NC 28312 | President | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    Courtney Baker Plumbing, Inc.                                         Case number *(if known)*

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. (See Exhibits C, D, E & F) | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor     Courtney Baker Plumbing, Inc.                              Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 15, 2018

/s/ James Courtney Baker                          James Courtney Baker
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

**Courtney Baker Plumbing, Inc.**
**Payments to creditors within the past 90 days - Exhibit B**

Payments to Tolar Supply:

| Date | Amount |
|------|--------|
| 10/25/2017 | $ 83.68 |
| 11/21/2017 | $ 326.89 |
| | $ 5,814.55 |
| | $ 133.90 |
| | $ 315.23 |
| | $ 401.19 |
| | $ 276.40 |
| | $ 64.63 |
| - | $ 18.86 |
| | $ 19.07 |
| | $ 1,385.20 |
| 12/26/2017 | $ 149.94 |
| | $ 101.58 |
| 12/15/2017 | $ 871.79 |
| | $ 108.27 |
| | $ 587.06 |
| | $ 108.80 |
| | $ 48.54 |
| | $ 1,802.93 |
| | $ 202.38 |
| | $ 789.69 |
| | $ 13,610.58 |

Payments to Stubbs & Perdue, P.A.

| Date | Amount |
|------|--------|
| 11/20/2017 | $ 3,500.00 |
| 1/12/2018 | $ 4,717.00 |
| | $ 8,217.00 |

# EXHIBIT C

## Courtney Baker Plumbing, Inc.
## All Transactions for JAMES C BAKER
January 16, 2017 through January 15, 2018

| Transaction Type | Date | Account | Amount |
|---|---|---|---|
| Paycheck | 11/10/2017 | First Citizens Bank | 1,087.38 |
| Paycheck | 11/03/2017 | First Citizens Bank | 1,014.40 |
| Paycheck | 10/27/2017 | First Citizens Bank | 1,240.07 |
| Paycheck | 10/20/2017 | First Citizens Bank | 1,087.38 |
| Paycheck | 10/13/2017 | First Citizens Bank | 885.50 |
| Paycheck | 10/06/2017 | First Citizens Bank | 885.50 |
| Paycheck | 09/29/2017 | First Citizens Bank | 885.50 |
| Paycheck | 09/25/2017 | First Citizens Bank | 885.50 |
| Paycheck | 09/15/2017 | First Citizens Bank | 885.50 |
| Paycheck | 09/08/2017 | First Citizens Bank | 885.50 |
| Paycheck | 09/01/2017 | First Citizens Bank | 1,240.07 |
| Paycheck | 08/25/2017 | First Citizens Bank | 1,240.08 |
| Paycheck | 08/18/2017 | First Citizens Bank | 885.50 |
| Paycheck | 08/11/2017 | First Citizens Bank | 1,240.07 |
| Paycheck | 08/04/2017 | First Citizens Bank | 1,277.25 |
| Paycheck | 07/28/2017 | First Citizens Bank | 885.50 |
| Paycheck | 07/21/2017 | First Citizens Bank | 885.50 |
| Paycheck | 07/14/2017 | First Citizens Bank | 885.50 |
| Check | 07/07/2017 | First Citizens Bank | 1,000.00 —owner draw |
| Check | 07/07/2017 | First Citizens Bank | 1,500.00 —owner draw |
| Paycheck | 05/05/2017 | First Citizens Bank | 885.50 |
| Paycheck | 04/07/2017 | First Citizens Bank | 885.50 |
| Paycheck | 03/31/2017 | First Citizens Bank | 885.50 |
| Paycheck | 03/24/2017 | First Citizens Bank | 885.50 |
| Paycheck | 03/17/2017 | First Citizens Bank | 885.50 |
| Paycheck | 03/10/2017 | First Citizens Bank | 885.50 |
| Paycheck | 03/03/2017 | First Citizens Bank | 885.50 |

**Courtney Baker Plumbing, Inc.**
**All Transactions for JAMES C BAKER**

| Transaction Type | Date | Account | Amount |
|---|---|---|---|
| Paycheck | 12/08/2017 | First Citizens Bank | 1,087.38 |
| Paycheck | 12/01/2017 | First Citizens Bank | 1,087.37 |
| Check | 11/24/2017 | First Citizens Bank | 2,500.00 ─ *meridian* |
| Paycheck | 11/22/2017 | First Citizens Bank | 1,087.38 |
| Paycheck | 11/17/2017 | First Citizens Bank | 1,087.37 |

3:16 PM

01/12/18

**Courtney Baker Plumbing, Inc.**
**All Transactions for JAMES C BAKER**

| Transaction Type | Date | Account | Amount |
|---|---|---|---|
| Paycheck | 01/12/2018 | First Citizens Bank | 1,087.38 |
| Paycheck | 01/05/2018 | First Citizens Bank | 1,087.37 |
| Paycheck | 12/29/2017 | First Citizens Bank | 1,087.37 |
| Paycheck | 12/22/2017 | First Citizens Bank | 1,087.38 |
| | | | $38,179.20 |

# EXHIBIT D

### Courtney Baker Plumbing, Inc.
### All Transactions for AMANDA J BAKER
## JANUARY 16, 2017 TO JANUARY 15, 2018

| Transaction Type | Date | Account | Amount | |
|---|---|---|---|---|
| Paycheck | 11/10/2017 | First Citizens Bank | 1,087.37 | |
| Paycheck | 11/03/2017 | First Citizens Bank | 914.40 | |
| Paycheck | 10/27/2017 | First Citizens Bank | 887.38 | |
| Paycheck | 10/20/2017 | First Citizens Bank | 1,087.37 | |
| Check | 10/19/2017 | First Citizens Bank | 5,025.00 | owner draw |
| Paycheck | 10/13/2017 | First Citizens Bank | 885.50 | |
| Check | 10/10/2017 | First Citizens Bank | 2,000.00 | Employee |
| Paycheck | 10/06/2017 | First Citizens Bank | 885.50 | |
| Check | 10/02/2017 | First Citizens Bank | 3,500.00 | owner draw |
| Paycheck | 09/28/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 09/25/2017 | First Citizens Bank | 885.50 | |
| Check | 09/18/2017 | First Citizens Bank | 608.69 | Reimbursements |
| Paycheck | 09/15/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 09/08/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 09/01/2017 | First Citizens Bank | 494.93 | |
| Paycheck | 08/25/2017 | First Citizens Bank | 494.92 | |
| Paycheck | 08/18/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 08/11/2017 | First Citizens Bank | 494.93 | |
| Paycheck | 08/04/2017 | First Citizens Bank | 514.92 | |
| Paycheck | 07/28/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 07/21/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 07/14/2017 | First Citizens Bank | 885.50 | |
| Check | 07/07/2017 | First Citizens Bank | 1,000.00 | owner draw |
| Check | 07/07/2017 | First Citizens Bank | 550.00 | owner draw |
| Check | 07/07/2017 | First Citizens Bank | 950.00 | owner draw |
| Deposit | 05/16/2017 | 8405-BB&T | 200.00 | deposit owner draw |
| Paycheck | 05/05/2017 | First Citizens Bank | 885.50 | |
| Check | 04/28/2017 | First Citizens Bank | 1,025.00 | owner draw |
| Deposit | 04/10/2017 | First Citizens Bank | -400.00 | deposit owner draw |
| Paycheck | 04/07/2017 | First Citizens Bank | 885.50 | |
| Deposit | 04/05/2017 | 8405-BB&T | -400.00 | deposit owner draw |
| Deposit | 04/05/2017 | First Citizens Bank | -710.00 | deposit owner draw |
| Paycheck | 03/31/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 03/24/2017 | First Citizens Bank | 885.50 | |
| Deposit | 03/22/2017 | First Citizens Bank | 23.82 | deposit owner draw |
| Paycheck | 03/17/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 03/10/2017 | First Citizens Bank | 885.50 | |
| Paycheck | 03/03/2017 | First Citizens Bank | 885.50 | |
| Deposit | 02/16/2017 | First Citizens Bank | 8,255.99 | deposit owner draw |
| Deposit | 02/10/2017 | BRANCH BANKING AN... | -380.00 | deposit owner draw |
| Check | 02/06/2017 | First Citizens Bank | 160.00 | owner draw |
| Check | 02/03/2017 | First Citizens Bank | 500.00 | owner draw |
| Deposit | 02/03/2017 | 8405-BB&T | -200.00 | deposit owner draw |
| Deposit | 02/01/2017 | BRANCH BANKING AN... | -95.00 | deposit owner draw |
| Check | 01/23/2017 | First Citizens Bank | 1,325.00 | owner draw |
| Check | 01/19/2017 | First Citizens Bank | 200.00 | owner draw |
| Deposit | 01/18/2017 | First Citizens Bank | 1,100.00 | deposit owner draw |

**Courtney Baker Plumbing, Inc.**
## All Transactions for AMANDA J BAKER

| Transaction Type | Date | Account | Amount | |
|---|---|---|---|---|
| Paycheck | 12/08/2017 | First Citizens Bank | 1,087.37 | |
| Paycheck | 12/01/2017 | First Citizens Bank | 1,087.38 | |
| Check | 11/24/2017 | First Citizens Bank | 2,500.00 | — *ownerdraw* |
| Paycheck | 11/22/2017 | First Citizens Bank | 1,087.37 | |
| Check | 11/21/2017 | First Citizens Bank | 130.30 | — *Reimbursements* |
| Paycheck | 11/17/2017 | First Citizens Bank | 1,087.38 | |

3:15 PM
01/12/18

## Courtney Baker Plumbing, Inc.
## All Transactions for AMANDA J BAKER

| Transaction Type | Date | Account | Amount |
|---|---|---|---|
| Paycheck | 01/12/2018 | First Citizens Bank | 1,087.38 |
| Paycheck | 01/05/2018 | First Citizens Bank | 1,087.37 |
| Paycheck | 12/29/2017 | First Citizens Bank | 1,087.38 |
| Paycheck | 12/22/2017 | First Citizens Bank | 1,087.37 |
| Check | 12/19/2017 | First Citizens Bank | 41.93 — Reimbursement |
| | | | $60,914.74 |

**Courtney Baker Plumbing, Inc.**
**Exhibit E - Loan Payments to Albert Jarman, Jr.-insider**
**(Father of Amanda ("Amy")Jarman)**

| | | | |
|---|---|---|---|
| 2017 | 17-Jan | $ | 350.00 |
| | 23-Jan | $ | 350.00 |
| | 6-Feb | $ | 700.00 |
| | 13-Feb | $ | 350.00 |
| | 17-Feb | $ | 350.00 |
| | 27-Feb | $ | 350.00 |
| | 3-Mar | $ | 350.00 |
| | 10-Mar | $ | 350.00 |
| | 17-Mar | $ | 350.00 |
| | 24-Mar | $ | 350.00 |
| | 10-Apr | $ | 350.00 |
| | 8-May | $ | 700.00 |
| | 19-Jun | $ | 350.00 |
| | 27-Jun | $ | 350.00 |
| | 14-Jul | $ | 700.00 |
| | 31-Jul | $ | 350.00 |
| | 22-Aug | $ | 350.00 |
| | 8-Sep | $ | 350.00 |
| | 18-Sep | $ | 350.00 |
| | 25-Sep | $ | 350.00 |
| | 2-Oct | $ | 350.00 |
| | 9-Oct | $ | 350.00 |
| | 16-Oct | $ | 350.00 |
| | 23-Oct | $ | 350.00 |
| | 26-Oct | $ | 350.00 |
| | 30-Oct | $ | 350.00 |
| **TOTAL:** | | **$** | **10,150.00** |

**Courtney Baker Plumbing, Inc.**
**Exhibit F - Loan Payments to BB&T for loan to James Baker, Jr.-insider, that**
**was loaned to Debtor      (Father of Courtney Baker)**

| | | | |
|---|---|---|---|
| 2017 | 20-Jan | $ | 780.79 |
| | 27-Jan | $ | 40.92 |
| | 17-Feb | $ | 40.92 |
| | | $ | 719.34 |
| | 3-Mar | $ | 775.79 |
| | 4-Apr | $ | 685.00 |
| | 7-Jul | $ | 780.00 |
| | 25-Sep | $ | 610.84 |
| | 15-Sep | $ | 610.84 |
| | 1-Sep | $ | 610.84 |
| | 13-Oct | $ | 700.00 |
| | 27-Oct | $ | 700.00 |
| 2018 | 3-Jan | $ | 647.00 |
| | 8-Jan | $ | 647.00 |

**TOTAL:**          $  8,349.28                              $      -

# United States Bankruptcy Court
## Eastern District of North Carolina - Fayetteville Division

In re    Courtney Baker Plumbing, Inc.         Case No. _____

                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amanda J. Baker<br>1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Common | | Shareholder |
| James Courtney Baker<br>1203 Wild Pine Drive<br>Fayetteville, NC 28312 | Common | | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 15, 2018             Signature    /s/ James Courtney Baker

                                               James Courtney Baker

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina - Fayetteville Division**

In re    Courtney Baker Plumbing, Inc.

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 15, 2018

/s/ James Courtney Baker

James Courtney Baker/President
Signer/Title

COURTNEY BAKER PLUMBING, INC.
P.O. BOX 299
HOPE MILLS, NC 28348

TRAWICK H. STUBBS - JOSEPH Z. FROST
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DES
ATTN:  MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

AMANDA J. BAKER
1203 WILD PINE DRIVE
FAYETTEVILLE, NC 28312

JAMES E. BAKER, JR.
3101 ANSLEY COURT
HOPE MILLS, NC 28348

BB&T
ATTN: JACK R. HAYES
PO BOX 1847
WILSON, NC 27894-1847

BIZFI
ATTN:  MANAGER, AGT OR OFFICER
460 PARK AVE.SOUTH
10TH FLOOR
NEW YORK, NY 10016

CUMBERLAND CO. TAX COLLEC
ATTN: MANAGER OR AGENT
P.O. BOX 449
FAYETTEVILLE, NC 28302

D.R. MOZELEY, INC.
ATTN: MANAGER OR AGENT
6309 BROOKSHIRE BLVD.
CHARLOTTE, NC 28216

DAVID L. RAY
FLETCHER, TOLL & RAY, LLP
UNIVERSITY CORPORATE CENTER II
131 RACINE DR, STE 201
WILMINGTON, NC 28403

DEX MEDIA
ATTN:  MANAGER OR AGENT
P.O. BOX 9001401
LOUISVILLE, KY 40290-1401

GERALD H. GROON, JR.
SMITH DEBNAM ET AL
ATTYS FOR UNITED HEALTHCAR
P.O. BOX 26268
RALEIGH, NC 27611-6268

NAN HANNAH, ESQ.
HANNAH SHERIDAN, ET AL
5400 GLENWOOD AVE.
SUITE 410
RALEIGH, NC 27612

HAYES, INC.
ATTN: MANAGER OR AGENT
PO BOX 53694
FAYETTEVILLE, NC 28305

HORIZON CONSTRUCTION COMPANY
ATTN: MANAGER OR AGENT
415 WINKLER DRIVE
ALPHARETTA, GA 30004

INTERNAL REVENUE SERVICE
ALAMANCE BLDG, MAIL STOP 9
4905 KOGER BLVD STE 102
GREENSBORO, NC 27407

JAMES COURTNEY BAKER
1203 WILD PINE DRIVE
FAYETTEVILLE, NC 28312

ALBERT JARMAN, JR.
6004 SLIPPER SHELL ST.
WILMINGTON, NC 28412

KNIGHT CAPITAL FUNDING
ATTN:  MGR., AGT. OR OFFICER
9 EAST LOCKERMAN STREET
SUITE 3A-543
DOVER, DE 19901

LONGLEAF PROPERTIES
ATTN:  MANAGER OR AGENT
4239 CAMERON ROAD
FAYETTEVILLE, NC 28306

N.C. DEPARTMENT OF LABOR
ATTN:  MANAGER OR AGENT
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699-1101

N.C. DEPT. OF REVENUE
ATTN: OFFICER
OFFICE SVCS DIV, BANKRUPTCY UN
P. O. BOX 1168
RALEIGH, NC 27602-1168

NOLAND COMPANY
ATTN:  MANAGER OR AGENT
3110 KETTERING BLVD.
DAYTON, OH 45439

QUALIFIED BUILDERS
ATTN: MANAGER OR AGENT
8801 FAST PARK DRIVE, STE. 215
RALEIGH, NC 27617

QUICK BRIDGE FUNDING
ATTN:  MGR., AGT. OR OFFICER
333 CITY BLVD. W
SUITE 1910
ORANGE, CA 92868

RAFFAELLA MASSA
4107 FLINTCASTLE DRIVE
FAYETTEVILLE, NC 28314

SOUTHLAND RENTAL
ATTN:  MANAGER OR AGENT
PO BOX 284
FAYETTEVILLE, NC 28302

STATE FARM FIRE
ATTN:  MANAGER OR AGENT
PO BOX 106169
ATLANTA, GA 30348

TOLAR SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 70
FAYETTEVILLE, NC 28302

UNITEDHEALTHCARE INSURANCE CO.
ATTN:  MANAGER OR AGENT
DEPT. CH 10151
PALATINE, IL 60055-0151

# United States Bankruptcy Court
## Eastern District of North Carolina - Fayetteville Division

In re    Courtney Baker Plumbing, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for     Courtney Baker Plumbing, Inc.     in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 15, 2018

Date

/s/ Trawick H. Stubbs - Joseph Z. Frost

Trawick H. Stubbs - Joseph Z. Frost

Signature of Attorney or Litigant
Counsel for    Courtney Baker Plumbing, Inc.

Stubbs & Perdue, P.A.
PO Box 1654
New Bern, NC 28563

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION

IN RE:                                                                                  CASE NO.:
Courtney Baker Plumbing, Inc.
                        Debtor(s)

**CERTIFICATION OF MAILING MATRIX**
**REQUIRED BY E.D.N.C. LBR 1007-2**

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk
is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

Dated:        January 15, 2018                                          /s/ Trawick H. Stubbs - Joseph Z. Frost
                                                                                          Trawick H. Stubbs - Joseph Z. Frost
                                                                                                        Attorney for Debtor

REV. 07/2012
Best Case Bankruptcy